Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **BENNY NUSSBAUMER,**<br><br>  Plaintiff,<br><br>v.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>  Defendant. | Case No. 6:15-cv-01473-YY<br><br>**ORDER FOR**<br>**ATTORNEY FEES - 42 USC §406(b)** |

It is ordered that the motion for attorney fees (ECF #33) is granted and that an attorney fee pursuant to 42 U.S.C. §406(b) in the amount of $10,818.14 is hereby awarded to Plaintiff's Counsel.  It is found that pursuant to applicable law and the stipulation of the parties Counsel for Plaintiff is entitled to this fee.  It is ordered that this fee shall be paid directly to Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068.

It is so ORDERED this __19th__ day of November, 2021.

　　　　　　　　　　　　　　　　　　　/s/ Youlee Yim You
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Youlee Yim You
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Presented by:
Bruce W. Brewer, OSB #925581

ORDER - 1